```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
                                  :
                                  :        17 CR 447(VM)
         -against-                :           ORDER
                                  :
ARISTONE LOUXZ,                   :
                                  :
                Defendant.        :
----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

    Counsel for Defendant, with the consent of counsel for the Government (<u>see</u> Attached Letter), requests that the status conference currently scheduled for May 21, 2021 be rescheduled. The conference shall be scheduled for Friday August 20, 2021 at 10:00 a.m.

    All parties to this action consent to an exclusion of time from the Speedy Trial Act until August 20, 2021.

    It is hereby ordered that time until August 20, 2021 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated:    New York, New York
           18 May 2021

                                             Victor Marrero
                                             U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2021

# LAW OFFICE
# BARRY A. WEINSTEIN, ESQ., P.C.

888 Grand Concourse
Bronx, New York 10451

bweinstein2248@gmail.com
Cell: 973-985-9000

Tel:(718) 665-9000
Fax:(718) 665-9147

May 17, 2021

**VIA EMAIL**

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

    Re: United States v. Aristone Louxz
       17 Cr 447 (VM)

Dear Judge Marrero:

    I write this letter to request an adjournment of Mr. Louxz's conference which is scheduled for Friday, May 21, 2021, at 10:30 a.m. On May 21, 2021, I will be in Maryland with my family for my daughter's college graduation.

    I have conferred with A.U.S.A. Matthew Podolsky today about this matter. He advised me that the Government does not object to this adjournment. The Government and I suggest a 60 to 90 day adjournment of the conference.

    The defense consents to, and requests that this Court grant an exclusion of time from speedy trial calculations during the pendency of this adjournment.

    Thank you for your attention to, and consideration of this matter.

                                  Respectfully submitted,

                                    Barry A. Weinstein

cc: A.U.S.A. Matthew Podolsky
    via email