

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 14, 2023

**BY ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Aristone Louxz*, 17 Cr. 447 (VM)

Dear Judge Marrero:

    The Government writes on behalf of the parties to request an adjournment of the conference currently scheduled for June 16, 2023, as to defendant Aristone Louxz in the above-captioned case. The Government and the defendant have reached an agreement in principle as to a resolution of this case, but are continuing to work to schedule a plea proceeding. Accordingly, the parties respectfully request that the conference be adjourned approximately 90 days to a date convenient to the Court, in order to permit the parties sufficient time to proceed to an allocution before a magistrate judge and to prepare for sentencing.

    In addition, the Government requests that the period of adjournment be excluded from Speedy Trial Act calculation. Counsel for the defendant has advised the Government that the defendant does not object to the exclusion of time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   s/ Matthew Podolsky
      Matthew Podolsky
      Assistant United States Attorney
      (212) 637-1947

---

Request GRANTED. The Court hereby adjourns the status conference scheduled for Friday, June 16, 2023 at 10:00 AM to Friday, September 22, 2023 at 1:00 PM. It is also hereby ordered that time until September 22, 2023 shall be excluded from speedy trial calculations. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

SO ORDERED.
Dated: 15 June, 2023

*Victor Marrero*
U.S.D.J.