USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- against -

ARISTONE LOUXZ,

                              Defendant.

17 CR 0447 (VM)

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

The Status Conference scheduled in this action for Friday, September 22, 2023 at 1:00 PM is hereby adjourned until Friday, January 12, 2024 at 1:00 PM. All parties to this action consent to an exclusion of time from the Speedy Trial Act until January 12, 2024.

It is hereby ordered that time until January 12, 2024 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:    22 September 2023
            New York, New York

                                                Victor Marrero
                                                U.S.D.J.