

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 11, 2024

**BY ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/24
```

Re:   *United States v. Aristone Louxz*, 17 Cr. 447 (VM)

Dear Judge Marrero:

The Government writes on behalf of the parties to request an adjournment of the conference currently scheduled for January 12, 2024, as to defendant Aristone Louxz in the above-captioned case. The Government and the defendant have reached an agreement in principle as to a resolution of this case, but are continuing to work to schedule a plea proceeding due to the parties' respective trial calendars. Accordingly, the parties respectfully request that the conference be adjourned approximately 90 days to a date convenient to the Court, in order to permit the parties sufficient time to proceed to an allocution before a magistrate judge and to prepare for sentencing.

In addition, the Government requests that the period of adjournment be excluded from Speedy Trial Act calculation. Counsel for the defendant has advised the Government that the defendant does not object to the exclusion of time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   s/ Matthew Podolsky
Matthew Podolsky
Assistant United States Attorney
(212) 637-1947

```
Request GRANTED. The above-
referenced status conference is
hereby adjourned to April 12,
2024, at 11:00 a.m. Time until
April 12, 2024, shall be excluded
from speedy trial calculations.
This order of exclusion is made
pursuant to 18 U.S.C. §§ 3161(h)
(7)(B)(i) and (iv).

SO ORDERED.
Dated: 11 Jan 2024
                    Victor Marrero
                       U.S.D.J.
```