```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :
                                    :           **ORDER**
    - v. -                          :
                                    :           17 Cr. 447 (VM)
ARISTONE LOUXZ,                     :
                                    :
            Defendant.              :
                                    :
- - - - - - - - - - - - - - - - - - x

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on January 22, 2024;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted and that sentencing proceedings in this matter shall occur on April 11, 2024, at 11:00 a.m.

SO ORDERED:

Dated:   New York, New York
         February 7, 2024

_____
THE HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE