UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

-v-

*Aristone Louxz*   *Defendant.*

USAO# 2017R00254
17-CR-00447
M19-14095

**ORDER FOR RETURN OF BAIL**

An order having heretofore been made in this case authorizing the Clerk of this Court to accept the sum of (TWO THOUSAND) , (**$2,000.00**) cash, and to deposit the same in the registry of this Court, as a condition to assure the appearance of the above-named defendant before the United States District Court for the Southern District of New York in accordance with the provisions of the bond given by the said defendant; and

WHEREAS the docket reflects that on **DECEMBER 27, 2024,** the defendant was sentenced by **HON. VICTOR MARRERO**, U.S.D.J., to **6 MONTHS OF HOME CONFINEMENT; 36 MONTHS SUPERVISED RELEASE; and $100 SPECIAL ASSESSMENT**; and

WHEREAS the Federal Bureau of Prison's inmate locator shows that the defendant has surrendered; and

WHEREAS the defendant's conviction has become final and there are no further proceedings before this Court for which the defendant's presence is required; and

WHEREAS the Government has not alleged and moved under 28 U.S.C. §2044 that the above funds belong to the defendant and should accordingly be applied to the payment of any assessment, fine, restitution, forfeiture or penalty imposed upon the defendant; and

WHEREAS the Government has no objection to the Clerk of the Court returning the funds deposited as bail to their rightful owner or other person entitled to such money under 28 U.S.C. §§ 2041 & 2044; and

WHEREAS the Government is not aware of any other reason the funds deposited as bail should not be returned to their rightful owner or other person entitled to them;

NOW, THEREFORE, IT IS HEREBY ORDERED, pursuant to 28 U.S.C. §2042, that the Clerk of the Court pay out to **Geena Palmer Louxz** the amount deposited as bail referenced in the first paragraph of this Order, less the Clerk's fees, if any.

Dated: New York, New York

8-12-25

_____
UNITED STATES DISTRICT JUDGE
**PART I**

CONSENTED TO:

JAY CLAYTON
Acting United States Attorney
Southern District of New York

by: /s/ Ben Arad_____     Date: 6/6/2025_____
   **BEN ARAD**
   **Assistant United States Attorney**
   **(914) 993-1907**

**Address of payee, if different from address on original Bail Order:**
(to be completed by District Court Clerk's Office)

_____

_____

_____

_____

**Phone Number:** _____

**The Clerk's Office Finance Unit will contact the party once the check is ready.**

# FOR CLERK'S OFFICE USE ONLY:

| RECEIVED CHECK NO: | DATED: |
|---|---|
| IN THE AMOUNT OF: $ | |
| PAYABLE TO: | |
| SIGN & PRINT: | |